MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

WALKER, Brandon Rashad             Crim. No.: 18-CR-20735-01

On 03/10/2022 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 04/28/2022, and sentencing was subsequently adjourned for 60 days. Additionally, the Court made the following findings:

__X__ WALKER pled guilty to violations #2-#6 of the violation petition dated 03/10/2022. Violation #1 was taken under advisement and will be handled at the time of sentencing. WALKER must continue to abide by all standard and special conditions that are reflective in the original Judgment and Commitment Order. The Court also noted the following:

1. WALKER must obtain steady employment and earn an honest income.

2. WALKER must continue making regular payments towards his restitution.

Respectfully submitted,

s/Chelsea L. Harris
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 9th Day of May, 2022.

/s/Terrence G. Berg
Honorable Terrence G. Berg
United States District Judge